478 A.2d 111

Commonwealth v. Eggers, Appellant.

576

Submitted February 27, 1984. Michael D. Mason, for appellant; Douglas W. Ferguson, Assistant District Attorney, for appellee.

Before CAVANAUGH, WICKERSHAM and HOFFMAN, JJ.

Affirmed.